**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

MASSIVELY BROADBAND LLC,

Plaintiff,

v.

APPLE INC.

Defendant.

Case No. 7:26-cv-00461

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Massively Broadband LLC, by and through its undersigned counsel, hereby certifies that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Matthew Blair*

Matthew Blair
TX Bar No. 24109648
matthew.blair@klgates.com
**K&L GATES LLP**
2801 Via Fortuna
Suite 650
Austin, Texas 78746

Patrick J. McElhinny
(*pro hac vice* forthcoming)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen
(*pro hac vice* forthcoming)
mark.knedeisen@klgates.com
Christopher M. Verdini
(*pro hac vice* forthcoming)
christopher.verdini@klgates.com
Anna Shabalov (*pro hac vice* forthcoming)
anna.shabalov@klgates.com
Rachel E. Ellenberger
(*pro hac vice* forthcoming)
rachel.ellenberger@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222

*Attorneys for Plaintiff Massively Broadband LLC*