**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MASSIVELY BROADBAND LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 7:26-cv-00461 |

**JURY DEMAND**

Plaintiff Massively Broadband LLC requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Matthew Blair*
Matthew Blair
TX Bar No. 24109648
matthew.blair@klgates.com
**K&L GATES LLP**
2801 Via Fortuna
Suite 650
Austin, Texas 78746

Patrick J. McElhinny
(*pro hac vice* forthcoming)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen
(*pro hac vice* forthcoming)
mark.knedeisen@klgates.com
Christopher M. Verdini
(*pro hac vice* forthcoming)
christopher.verdini@klgates.com
Anna Shabalov
(*pro hac vice* forthcoming)
anna.shabalov@klgates.com
Rachel E. Ellenberger
(*pro hac vice* forthcoming)
rachel.ellenberger@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222

*Attorneys for Plaintiff Massively Broadband LLC*